UNITED STATES of America, Plaintiff–Appellee,

v.

Jason WARNICK, a.k.a. JC, a.k.a. Montana, Defendant–Appellant.

No. 15–14497
Non–Argument Calendar

United States Court of Appeals, Eleventh Circuit.

Date Filed: 06/15/2016

David Paul Rhodes, Arthur Lee Bentley, III, Tampa, FL, Andrew Tysen Duva, Bonnie Ames Glober, Jacksonville, FL, U.S. Attorney's Office, for Plaintiff–Appellee.

Before JORDAN, JULIE CARNES and ANDERSON, Circuit Judges.

PER CURIAM:

H. Kyle Fletcher, counsel for Jason Warnick, has moved to withdraw from fur-

ther representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Warnick's conviction and sentence are **AFFIRMED.**